IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE, a minor, through her mother and father, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No.:   2016 CV 6646 |
| BOARD OF EDUCATION OF THE COMMUNITY HIGH SCHOOL DISTRICT 218, TY HARTING, individually and his official capacity, JOHN HALLBERG, individually and his official capacity, MIKE JACOBSON, individually and his official capacity, KEN STYLER, individually and his official capacity, RAYMOND VAN SYCKLE, individually and his official capacity, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on the **16th day of September, 2016, at 10:30 a.m.**, we shall appear before the Honorable Judge Charles Norgle, in Courtroom 2341 at the U.S. District Court, 219 South Dearborn Street, Chicago, Illinois, and shall present ***DEFENDANTS' MOTION TO DISMISS AND STRIKE***.

Respectfully submitted,

NIELSEN, ZEHE & ANTAS, P.C.

By:  **/s/ Jeffrey R. Zehe**
Jeffrey R. Zehe
Robert J. Lentz
Diane C. Stefani
NIELSEN, ZEHE & ANTAS, P.C.
55 West Monroe Street, Suite 1800
Chicago, Illinois 60603
(312) 322-9900
jzehe@nzalaw.com
rlentz@nzalaw.com
dstefani@nzalaw.com
Attorney Firm ID# 44274
***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

                                                **s/Jeffrey R. Zehe**
                                                Jeffrey R. Zehe, ARDC #3125616