

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE, a minor through her mother and father, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No.: 16 CV 6646 |
| BOARD OF EDUCATION OF THE COMMUNITY HIGH SCHOOL DISTRICT 218, TY HARTING, individually and his official capacity, JOHN HALLBERG, individually and his official capacity, MIKE JACOBSON, individually and his official capacity, KEN STYLER individually and his official capacity, RAYMOND VAN SYCKLE individually, | ) ) ) ) ) ) ) ) ) ) ) | Judge Norgle Mag. Judge Rowland |
| Defendants. | ) | |

AGREED ORDER

This cause coming to be heard on Defendants' Motions to Dismiss, it is hereby ordered that:

1) Plaintiff's responses to both Motions to Dismiss are due October 7, 2016; and

2) Defendants' respective replies are due October 21, 2016.

Entered: _Charles Norgle_____

Charles Norgle
U.S. District Judge

Dated: __10/3/2016_____