IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE, a minor through her mother and father, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No.: 16 CV 6646 |
| BOARD OF EDUCATION OF THE COMMUNITY HIGH SCHOOL DISTRICT 218, TY HARTING, individually and his official capacity, JOHN HALLBERG, individually and his official capacity, MIKE JACOBSON, individually and his official capacity, KEN STYLER individually and his official capacity, RAYMOND VAN SYCKLE individually, | ) ) ) ) ) ) ) ) ) ) ) | Judge Norgle Mag. Judge Rowland |
| Defendants. | ) | |

NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Friday, December 30, 2016, at 10:30 a.m.,** I shall appear before the Honorable Charles Norgle, in Courtroom 2341 at the U.S. District Court, 219 South Dearborn Street, Chicago, IL, and shall present Plaintiff's Motion to Correct Docket.

                                            Respectfully submitted,

                                            RATHJE & WOODWARD, LLC

                                            s/Raymond J. Sanguinetti

Raymond J. Sanguinetti
Rathje & Woodward, LLC
300 East Roosevelt Road, Suite 300
Wheaton, IL 60187
630-668-8500
rsanguinetti@rathjewoodward.com

Certificate of Service

I hereby certify that on this 26th day of December, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel/parties of record.

s/Raymond J. Sanguinetti  
Raymond J. Sanguinetti ARDC #6244798