IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANE DOE, a minor, through her mother and father,<br><br>    Plaintiff,<br><br>v.<br><br>BOARD OF EDUCATION OF THE COMMUNITY HIGH SCHOOL DISTRICT 218, et al.,<br><br>    Defendants. | No. 16 CV 6646<br><br>Hon. Charles R. Norgle |

## ORDER

Defendant Raymond Van Syckle's Motion to Dismiss [26] is granted. Defendants Board of Education of the Community High School District 218, Ty Harting, John Hallberg, Mike Jacobson, and Ken Styler's Motion to Dismiss and Strike Plaintiff's Amended Complaint [28] is granted. The state causes of action are dismissed without prejudice and may be filed in the appropriate venue in the State of Illinois. Civil case terminated.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: June 19, 2017